FILE COPY

No. 07-20-00368-CR

| | | |
|---|---|---|
| Ex parte Joseph Charles Campa | § | Original Proceeding |
| | § | December 28, 2020 |
| | § | Opinion Per Curiam |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated December 28, 2020, it is ordered, adjudged, and decreed that this writ of habeas corpus be dismissed for want of jurisdiction.

o O o